**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

A. JOE FISH
Chief Judge

May 9, 2006

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

To the Honorable Members of the Committee:

In preparing my disclosure report for the year 2005, I discovered that paragraph VII(8) of my Financial Disclosure Report for 2004 (filed May 15, 2005) erroneously reported as a *partial* sale units of CREF Money Market Fund. It should have reported that all units of CREF Money Market Fund were sold on October 27, 2004 and that the proceeds were used, together with additional investments in 2005, to purchase units of CREF Stock Fund, TIAA Real Estate Fund, CREF Inflation Linked Bond Fund.

I certify that this information is accurate, true, and complete to the best of my knowledge and belief.

Sincerely,

A. JOE FISH
CHIEF JUDGE

AJF:ep

(Certified Mail No.

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FISH  A.  JOE | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS | 5/15/2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES CHIEF DISTRICT JUDGE (ACTIVE) | ___ Nomination, Date _____  ___ Initial  _X_ Annual  ___ Final  **5b.** ___ Amended Report | 1/1/2005 – 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1100 COMMERCE STREET SUITE 1528 DALLAS, TEXAS 75242 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION                    NAME OF ORGANIZATION/ENTITY

[X] **NONE** (No reportable positions.)

RECEIVED
2006 MAY 15  A 8: 53

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE                                                PARTIES AND TERMS

[ ] **NONE** (No reportable agreements.)

NONE, EXCEPT MY INTEREST IN A DEFERRED COMPENSATION PLAN MAINTAINED BY A FORMER EMPLOYER (SEE INSTRUCTIONS AT 14, PARAGRAPH (d)). THIS INTEREST IS REPORTED BELOW AT PARAGRAPH VII(1).

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE                    SOURCE AND TYPE                    INCOME

### A. Filer's Non-Investment Income

[X] **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | |
| 2 | 2005  ST. JOHN'S EPISCOPAL SCHOOL | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FISH, A. JOE | 5/15/2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                          DESCRIPTION

[X]  **NONE** (No such reportable reimbursements.)

1

2  _____    _____

3

4  _____    _____

5  _____    _____

6  _____    _____

7  _____    _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE                    DESCRIPTION                    VALUE

[X]  **NONE** (No such reportable gifts.)

1                                                        $ _____

2  _____    _____          $ _____

3  _____    _____          $ _____

4  _____    _____          $ _____

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

CREDITOR                    DESCRIPTION                    VALUE CODE*

[X]  **NONE** (No reportable liabilities.)

1

2  _____    _____          _____

3  _____    _____          _____

4  _____    _____          _____

5  _____    _____          _____

*Value Codes:    J=$15,000 or less        K=$15,001-$50,000        L=$50,001-$100,000        M=$100,001-$250,000
                 N=$250,001-$500,000       O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
                 P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FISH, A. JOE | 5/15/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SEE ATTACHED SHEETS | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FISH, A. JOE | 5/15/2006 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

SEE ATTACHED SHEET

---

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _May 9, 2006_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## VII. INVESTMENTS AND TRUSTS--INCOME, VALUE, TRANSACTIONS

| A.<br>Description of Assets<br>(including trust assets) | B.<br>Income during<br>period | | C.<br>Gross value<br>at end of<br>period | | D.<br>Transactions during period<br><br>If not exempt from disclosure | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt<br>Code<br>1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.) | (1)<br>Valu<br>e<br>Code<br>2<br>(J-P) | (2)<br>Val.<br>Methd<br>Code<br>3 (Q-W) | (1)<br>Type<br>(e.g.,<br>sold) | (2)<br>Date<br>:<br>Mth-<br>Day | (3)<br>Valu<br>e<br>Code<br>2<br>(J-P) | (4)<br>Gain<br>Code<br>1<br>(A-H) | (5)<br>Identity of Buyer/Seller<br>(if private transaction) |
| 1. Dallas County Deferred Compensation Plan (invested in units of Gartmore Total Return Fund Class D and units of Investment Company of America) | A | Div.<br>Cap.<br>Gain | K | T | | | | | |
| 2. City of Irving, Texas Jr. Lien Texas Stadium Revenue Bonds | A | Int. | J | T | | | | | |
| 3. Texas Federal Credit Union Accounts, Dallas, TX | A | Div. | K | T | | | | | |
| 4. Guardian Ins. & Ann. Co. deferred annuity (invested in units of Guardian Stock Fund and units of Centurion Fund) | A | Div.<br>Cap.<br>Gain | K | T | | | | | |
| 5. Mutual Shares Fund | A | Div.<br>Cap.<br>Gain | J | T | | | | | |
| 6. Vanguard Prime Money Market Fund (VMMXX) | A | Div. | J | T | | | | | |

| A. Description of Assets (including trust assets) | B. Income during period (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | C. Gross value at end of period (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | D. Transactions during period (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 7. Schwab One Account | A | Int. | J | T | Sold | 3/23 | J | A | |
| 8. TIAA-CREF deferred annuity (invested in units of CREF Stock Fund, in units of TIAA Real Estate Fund, and in units of CREF Inflation Linked Bond Fund) | A | Div. Cap. Gain | K | T | | | | | |
| 9. IRA #1 | | | | | | | | | |
| (a) Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Div. Cap. Gain | K | T | | | | | |
| (b) Vanguard Inflation Protected Securities Fund (VIPSX) | A | Div. Cap. Gain | K | T | | | | | |
| 10. IRA #2 | | | | | | | | | |
| (a) Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Div. Cap. Gain | J | T | | | | | |
| (b) Vanguard Inflation Protected Securities Fund (VIPSX) | A | Div. Cap. Gain | J | T | | | | | |

| A.<br>Description of Assets<br>(including trust assets) | B.<br>Income during period | | C.<br>Gross value at end of period | | D.<br>Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1)<br>Amt<br>Code<br>1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.) | (1)<br>Value<br>Code<br>2<br>(J-P) | (2)<br>Val.<br>Methd<br>Code<br>3 (Q-W) | (1)<br>Type<br>(e.g.,<br>sold) | (2)<br>Date:<br>Mth-Day | (3)<br>Value<br>Code<br>2<br>(J-P) | (4)<br>Gain<br>Code<br>1<br>(A-H) | (5)<br>Identity of Buyer/Seller<br>(if private transaction) |
| 11.  IRA #3 | | | | | | | | | |
| (a) Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Div. Cap. Gain | K | T | Sold | 9/21 | J | A | |
| (b) Vanguard Inflation Protected Securities Fund (VIPSX) | A | Div. Cap. Gain | K | T | Sold | 9/21 | J | A | |
| (c) Vanguard Total Stock Mkt VIPERS (VTI) | A | Div. Cap. Gain | J | T | Bought | 9/23 | | | |
| (d) iShares TIPS Bond Fund (TIP) | A | Div. Cap. Gain | J | T | Bought | 9/23 | | | |
| (e) iShares EAFE Index Trust (EFA) | A | Div. Cap. Gain | J | T | Bought | 9/23 | | | |
| (f) Vanguard REIT VIPERS (VNQ) | A | Div. Cap. Gain | J | T | Bought | 9/23 | | | |
| (g) SPDR Select Sector-Energy (XLE) | A | Div. Cap. Gain | J | T | Bought | 9/23 | | | |

| A. Description of Assets (including trust assets) | B. Income during period (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | C. Gross value at end of period (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | D. Transactions during period — If not exempt from disclosure (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| IRA #3 (CONTINUED) | | | | | | | | | |
| (h) American Century Int'l Bond Fund (BEGBX) | A | Div. Cap. Gain | J | T | Bought | 9/23 | | | |
| 12. IRA #4 | | | | | | | | | |
| (a) Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Div. Cap. Gain | J | T | Sold | 9/21 | J | A | |
| (b) Vanguard Inflation Protected Securities Fund (VIPSX) | A | Div. Cap. Gain | J | T | Sold | 9/21 | J | A | |
| (c) Vanguard Total Stock Mkt VIPERS (VTI) | A | Div. Cap. Gain | J | T | Bought | 9/30 | | | |
| (d) iShares TIPS Bond Fund (TIP) | A | Div. Cap. Gain | J | T | Bought | 9/30 | | | |
| (e) iShares EAFE Index Trust (EFA) | A | Div. Cap. Gain | J | T | Bought | 9/30 | | | |

| A. Description of Assets (including trust assets) | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | If not exempt from disclosure | |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
| IRA #4 (CONTINUED) | | | | | | | | | |
| (f) Vanguard REIT VIPERS (VNQ) | A | Div. Cap. Gain | J | T | Bought | 9/30 | | | |
| (g) SPDR Select Sector-Energy (XLE) | A | Div. Cap. Gain | J | T | Bought | 9/30 | | | |
| (h) Northern Global Fixed Income Fund (NOIFX) | A | Div. Cap. Gain | J | T | Bought | 10/14 | | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS

1.     The items reported in paragraphs VII(3), (6), and (7) are credit union accounts or money market funds.  Detailed transactional data are not being provided in accordance with the instructions at 52 (fifth paragraph marked •).

2.     The proceeds of the sale reported in paragraph VII(7) were added to the account reported in paragraph VII(3).

3.     The TIAA-CREF deferred annuity (invested in units of CREF Money Market Fund), reported in paragraph VII(8) of the Financial Disclosure Report for 2004 (filed May 15, 2005), was sold in its entirety on October 27, 2004.  In the 2004 Report, this transaction was erroneously reported as a *partial* sale.  Because the entire asset was sold in 2004, it is omitted from this report.  As previously reported, however, all proceeds from the sale of this asset, plus additional investments during 2005, were used to purchase the assets reported in paragraph VII(8) of this report.

4.     The assets reported in paragraphs VII(9) and (10) of the Financial Disclosure Report for 2004 (filed May 15, 2005) were actually an amalgamation of four separate IRA accounts, each of which held these same assets.  To comply with the instructions on reporting Aggregate Ownership Arrangements (such as IRAs) on pages 56-58 of the instructions, the assets in paragraphs VII(9) and (10) of the 2004 Report have been separated out and are being reported this year in paragraphs VII(9), (10), (11), and (12).

5.     The proceeds of the sales reported in paragraphs VII(11)(a)-(b) and (12)(a)-(b) were used to purchase the assets reported in paragraphs VII(11)(c)-(h) and (12)(c)-(h).